IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CONNIE SMITH, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:14cv909-MHT |
| ) | (WO) |
| ROBERT EDGE, II, and PFG ) | |
| TRANSCO, ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that the motion for reconsideration (doc. no. 59) is denied.

As stated in the order entered yesterday (doc. no. 58), "Absent stated unforeseen and unavoidable circumstances beyond the control of the movant, ... 'eleventh hour' extension requests and motions will be denied outright." Scheduling Order (doc. no. 11), § 15(B). The movant again has failed to offer any explanation as to why this motion was filed more than a month after the deadline for dispositive motions in this case, rather than days, or even weeks, in advance.

DONE, this the 27th day of October, 2015.

                /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE